JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ED HULL,<br>Plaintiff,<br>v.<br>AMBERLIGHT PLAZA, L.L.C., a California limited liability company; GOLD TOBACCO AND GIFTS, a business of unknown form; and DOES 1-10,<br>Defendants. | Case No. 2:26-cv-09414-PVC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled. The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: October 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE